IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Curtis Roberts,<br><br>    Plaintiff,<br><br>vs.<br><br>Carolyn W. Colvin, Acting Commissioner of Social Security,<br><br>    Defendant. | No. CV 11-801-TUC-HCE<br><br>**ORDER** |

Pending before the Court is Defendant's Amended Motion For Relief of Order and Judgment Pursuant to Rule 60(b) (Doc. 24). The response time for Defendant's Motion has passed and Plaintiff has not filed a response. Pursuant to Rule 7.2(i), Rules of Practice of the U.S. District Court for the District of Arizona, IT IS ORDERED that Defendant's Amended Motion for Relief of Order and Judgment pursuant to Rule 60(b) of the Federal Rules of Civil Procedure (Doc. 24) is GRANTED. The Clerk of Court is DIRECTED to enter an Amended Judgment as set forth in the *nunc pro tunc* Amended Order filed this same date.

DATED this 22nd day of May, 2013.

_____
Héctor C. Estrada
United States Magistrate Judge